CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kevin Truitt

Plaintiff(s)

v.

Catalyst Netraceuticals, LLC, et al.

Defendant(s).

CASE NUMBER

8:20-cv-00292-JVS-KES

**MEDIATION REPORT**

*Instructions:* The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.

1. ☑ A mediation was held on (date): August 5, 2020.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).
   ☐ Did not appear as required by L.R. 16-15.5(b).
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on August 26, 2020 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: 8/27/20

Signature of Mediator

Peter K Rosen
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*